UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| Plaintiff, Reynaldo Cruz <br><br> v. <br><br> Defendants, Union Independiente Autentica de Empleados de la Autoridad de Acueductos y Alcantarillados (UIA), et.al., | CIVIL NO. 17-cv-2261(PAD) |

**NOTICE OF ISSUANCE OF SUMMONS**

Notice is hereby given that Summonses have been electronically issued on an expedited basis. Summonses have been securely signed and sealed. Counsel <u>must print</u> all summonses and follow the service requirements set forth by the Rules of Civil Procedure. Electronic issuance of Summonses should **not** be construed as authorizing electronic service.

To request paper copies, please contact the Clerk's Office at (787)772-3000.

In San Juan, Puerto Rico, this 27th day of October, 2017.

FRANCES RIOS DE MORAN, ESQ.<br>
CLERK OF COURT<br><br>
By: s/ Antonio Rodriguez<br>
Deputy Clerk