AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Reynaldo Cruz )
*Plaintiff* )
v. ) Case No. 17-2261
UIA, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Reynaldo Cruz .

Date: 12/11/2017

/s/ Veronica Ferraiuoli Hornedo
*Attorney's signature*

Veronica Ferraiuoli Hornedo
*Printed name and bar number*

PO Box 195384
San Juan, Puerto Rico 00919
*Address*

vero@ferraiuoli.pr
*E-mail address*

(787) 296-4733
*Telephone number*

(787) 296-4430
*FAX number*