# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

REYNALDO CRUZ,

    Plaintiff,

               v.

UNIÓN INDEPENDIENTE AUTÉNTICA DE LOS EMPLEADOS DE LA AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS, et al.,

    Defendants.

CIVIL NO. 17-2261 (PAD)

## ORDER

Setting aside the arguments made in the "Motion to Dismiss" filed by the Department of Justice of the Commonwealth of Puerto Rico on behalf of governor Ricardo A. Roselló Nevares in his official capacity at Docket No. 31, in light of <u>Janus</u> v. <u>Am. Fed'n of State, Cty., & Mun. Employees, Council 31</u>, No. 16-1466, 585 U.S. ___ (June 27, 2018), defendants shall show cause not later than July 19, 2018, as to why (1) the motions to dismiss at Docket Nos. 43 and 44 should not be denied, and (2) the remedies requested in the complaint should not be granted.

**SO ORDERED.**

San Juan, Puerto Rico, this 28th day of June, 2018.

                                                   s/Pedro A. Delgado-Hernández
                                                   PEDRO A. DELGADO-HERNÁNDEZ
                                                   United States District Judge